# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3993
_____

FELTON BERNARD GREEN,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____

Timely appeal from the Circuit Court of Taylor County.
Gregory S. Parker, Judge.

June 5, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Felton Bernard Green, pro se, Appellant.

Mark Hiers, Assistant General Counsel, Tallahassee, for Appellee
Florida Commission on Offender Review.